IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE No. 1:20-MJ-_158_ |
| ) | |
| JACOB M. EDGAR, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT IN SUPPORT OF A SUMMONS

### I. INTRODUCTION

I, Special Agent Ryan Reiche, of the Department of the Air Force (DAF) Office of Special Investigations (OSI), Headquarters OSI Inspector General's Office (IG), Marine Corp Base Quantico, Virginia, having been duly sworn, state the following:

1. I am a Special Agent with the OSI, and have served in this capacity from September 2001 to May 2014, and again from January 2019 to the present. I am assigned to OSI's IG at Marine Corps Base Quantico, Virginia. My duties and responsibilities include investigating violations of federal laws by Air Force military and civilian personnel, including those employed by OSI. I perform a variety of investigative tasks, including functioning as a case agent on investigations regarding fraud, crimes against persons, and national security. I have experience working with computer crimes investigators and have received training on collecting computer-based evidence.

2. I have received training in conducting criminal investigations, interviewing and interrogation techniques, the execution of military search authorities and federal search warrants

1

and seizures, and the identification and collection of evidence. In addition, I have extensive experience as an evidence custodian.

3. This affidavit is submitted in support of a summons to compel the appearance of JACOB M. EDGAR, to answer the charge that between on or about August 26, 2019, and on or about November 8, 2019, within the Eastern District of Virginia, he embezzled funds of the United States by crediting himself with unauthorized, unworked time in the Department of Defense's Automated Time Attendance and Production System (ATAAPS), and then unlawfully retained the resulting government funds, in violation of Title 18, United States Code, Section 641.

4. I personally investigated the violations described below. I learned the facts set forth herein from my own investigation and interviews, and from other government employees and witnesses. This affidavit includes only the information necessary to support probable cause for a summons to be issued in this case. It does not include each and every fact known to me or the government.

## II. THE NATURE OF THE OFFENSE

5. EDGAR is employed with Headquarters OSI located at Marine Corps Base Quantico, Virginia, within the Eastern District of Virginia. He is also a reservist with the United States Army. Every two weeks, EDGAR is required to enter his time in ATAAPS for his time worked for Headquarters OSI through logging onto the ATAAPS system via the Internet using his OSI credentials. An employee who is serving with his reserve unit is directed to enter his time as "Military Leave." An employee is paid their Headquarters OSI salary for the time the he or she takes for military leave from Department of Defense funds.

6. An audit of ATAAPS revealed 8 instances between June 22, 2018 and November 6, 2019, in which EDGAR reported that he was on military leave. However, record checks revealed that EDGAR did not report to his reservist unit on those days, or earn pay on his military Leave and Earnings Statement.[1] Additionally, according to EDGAR's military commander, he did not earn points towards retirement on those 8 days.

7. Furthermore, on August 26, 2019, EDGAR sent an email to his superiors that he would not be at work because his vehicle had broken down and needed to be taken to a repair shop. However, in ATAAPS, EDGAR claimed eight hours of Military Leave for the day. EDGAR received neither military pay nor retirement points for this day.

8. On November 8, 2019, EDGAR claimed his son was injured after falling out of bed and was taking him to the emergency room. However, in ATAAPS, EDGAR charged eight hours of regular schedule work rather than annual or sick leave.

9. On April 29, 2020, I interviewed EDGAR. During this conversation, I confronted EDGAR with the discrepancies in his ATAAPS report. He stated that he had been under PTSD-related stress and had on several occasion misrepresented his hours worked in the system when he had not come to the office or teleworked.

---

[1] This is a Department of Defense provided on a monthly basis to Active Duty and Reservist members of the United States military to document their pay and leave status for hours served.

## III. CONCLUSION

9. Based on the foregoing, I believe there is sufficient evidence to support issuance of a summons to compel the appearance of JACOB M. EDGAR to answer to the charge that between on or about August 28, 2019 and on or about November 8, 2019, within the Eastern District of Virginia, he embezzled funds of the United States by crediting himself with unauthorized, unworked time in ATAAPS, and then unlawfully retained the resulting government funds, in violation of Title 18, United States Code, Section 641.

_____
Special Agent Ryan Reiche
HQ OSI
Marine Corp Base Quantico, Virginia

Sworn and subscribed before me
this 27 day of May, 2020

_____

KAREN YAMILET MUNOZ
NOTARY PUBLIC 7784886
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JUNE 30, 2022

4